Certificate To Be Filed With Notice of Appeal To The Court of Appeals (County Court At Law Cases)

Appellate No. _____

Trial Court No.    2012-09-449

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/4/2015 2:07:12 PM
DEBBIE AUTREY
Clerk

| Elizabeth Deanne Holoubek | § | In The County Court |
| | § | |
| VS. | § | At Law |
| | § | |
| Geary H. Lee | § | Rusk County, Texas |

The Records of my office reflect the following information in this case:

Case Type:                             Post Divorce Property Division

Judgment or Appealable Order Signed:     Judgment of the Court 05/14/2015

Motion for New Trial Filed:              06/16/2015

Request for Findings of Fact:            06/02/2015

Date Request for Reporter's Record Filed:    07/29/2015

Presiding Trial Court Judge:            Judge Chad Dean

Trial Court Reporter:                   Laura Payne

Was Appellant Declared Indigent:        NO

Appellant's Counsel is                Retained

Appellant's Attorney:                 Joe Shumate
109 N. Jackson Street
Henderson, Texas 75652
Phone: 903-657-1416
Fax:    903-655-8211
SBN:   18327500

Appellee's Attorney:                 Clay Wilder
200 N. Main Street
Henderson, Texas 75652
Phone: 903-657-0561
Fax:    903-657-5088
SBN: 21462500

Terri Pirtle Willard, Rusk County District Clerk

BY: _____

*Amy R. Johnson*

Filed 7/24/2015 2:00:06 PM
Terri Pirtle Willard
District Clerk

Rusk County, Texas

Amy Johnson

## NO. 2012-09-449CCL

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COUNTY COURT AT LAW |
| THE MARRIAGE OF | § | |
| | § | |
| ELIZABETH DEANNE HOLOUBEK, | § | |
| F/K/A ELIZABETH DEANNE LEE | § | |
| AND | § | |
| GEARY H. LEE | § | RUSK COUNTY, TEXAS |

### NOTICE OF APPEAL

This Notice of Appeal is filed by Geary H. Lee, Respondent, a party to this proceeding who seeks to alter the trial court's judgment or other appealable order.

1. The trial court, cause number, and style of this case are as shown in the caption above.

2. The judgment or order appealed from was signed on May 14, 2015.

3. Geary H. Lee desires to appeal all portions of the judgment signed on May 14, 2015.

4. This appeal is being taken to the Sixth Court of Appeals.

5. This notice is being filed by Geary H. Lee.


Respectfully submitted,

JOE E SHUMATE
109 N. Jackson St.
HENDERSON, TX 75652
Tel: (903) 657-1416
Fax: (903) 655-8211


By: _____
Joe Shumate
State Bar No. 18327500
shumate.law@suddenlinkmail.com
Attorney for Geary H. Lee

## Certificate of Service

I certify that a true copy of this Notice of Appeal was served in accordance with rule 9.5

of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:  Elizabeth Deanne Holoubek, f/k/a Elizabeth Deanne Lee

Lead attorney:  Clay Wilder

Address of service:  210 N. Main, Henderson, Texas 75652

E-mail Address: tiffanyperrault@suddenlinkmail.com

Method of service:  by electronic service

Date of service:  July 24, 2015

Joe Shumate
Attorney for Respondent